DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NICOLE BARONE,**
Appellant,

v.

**WELLS FARGO BANK N.A.,**
Appellee.

No. 4D17-1495

[October 26, 2017]

Appeal of non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Judge; L.T. Case No. CACE11025064.

Nicole Barone, Lighthouse Point, pro se.

Sara F. Holladay-Tobias of McGuire Woods LLP, Jacksonville, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., CONNER and FORST, JJ., concur.

\*    \*    \*

***Not final until disposition of timely filed motion for rehearing.***